IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MENLO INVESTMENT GROUP, LLC, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:12-CV-4182-K (BF) |
| O.D. FOUGHT, JR., ET AL., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 10, 2014, and the Plaintiffs' Objections filed on January 14, 2015, Defendant's Response to Plaintiff's Objections filed on January 22, 2015, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. Plaintiffs' Objections are OVERRULED.

**IT IS THEREFORE ORDERED** that Defendant FDIC's Motion to Dismiss (Doc. 54) is granted. Plaintiffs' claims against FDIC are hereby DISMISSED for lack of subject matter jurisdiction.

**SO ORDERED**,

Signed February 5th, 2015.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE